IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

STANLEY BEEN,

    Plaintiff,

v.                                                CASE NO. 1:09-cv-00118-MP-AK

MICHAEL CHERTOFF, MICHAEL ROZOS, STUART WHIDDON,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 3, Report and Recommendation of the Magistrate Judge, recommending that this case be transferred to Middle District of Florida. The time for filing objections has passed, and none have been filed. The Court agrees that because the only named defendant is located in the United States District Court for the Middle District of Florida, that district is the proper forum. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Report and Recommendation is adopted, and incorporated herein. The Clerk is directed to transfer this action to the United States District Court for the Middle District of Florida.

**DONE AND ORDERED** this _18th_ day of August, 2009

                                    *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge